UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. GILLIS and JUDITH GILLIS,      )<br>                                                                     )<br>                    Plaintiffs,                            )<br>            v.                                                      )            CIVIL ACTION NO. 22-11733-NMG<br>                                                                     )<br>PBV Inc., et al.                                         )<br>                                                                     )<br>                    Defendants.                       ) | |

**REPORT AND RECOMMENDATION ON DEFENDANT PBV INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

November 21, 2023

DEIN, U.S.M.J.

### I.   INTRODUCTION

Plaintiffs Robert J. Gillis ("Robert Gillis") and Judith Gillis (collectively, the "Plaintiffs"), each a resident of Massachusetts, originally filed suit in Massachusetts state court against various defendants, asserting numerous state law claims and alleging that the defendants, through their acts and/or omissions, caused plaintiff Robert Gillis to be exposed to asbestos and eventually develop mesothelioma. On October 12, 2022, one of those defendants, John Crane Inc., filed a notice of removal with this court, and on December 22, 2022, the Plaintiffs filed a motion to amend their complaint to include PBV Inc. ("PBV"), an out-of-state entity formerly known as Industry Products Company ("IPC"), and another, as party Defendants.[1] (Mot. Am. Compl. ¶ 2) (Docket No. 185). PBV opposed the Motion, and in its opposition argued that the

---

[1] Following the submission of its Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 243), Industry Products Company filed a notice on August 15, 2023 (Docket No. 334), notifying the court of its name change to PBV Inc.

*After consideration of plaintiff's objection (Docket No. 406) thereto, Report and Recommendation is accepted and adopted.   /s/ NM Gorton, USDJ  12/20/2023*